JOHN S. LEESE, Respondent, *v.* HENRY HEINS, Appellant.

(Argued May 29, 1882; decided October 10, 1882.)

THIS action was brought to recover damages for breach of warranty of title on sale of a horse.    The plaintiff dealt wholly with a third person.  The case was decided here upon the ground that there was no evidence that such third person was authorized by defendant to sell the horse in question, or that defendant ever ratified the sale or had any portion of the proceeds, and therefore that a motion for nonsuit should have been granted.

*F. L. Backus* for appellant.

*H. C. Place* for respondent.

*Per Curiam* opinion for reversal and new trial.

All concur, except TRACY, J., absent.

Judgment reversed.